**FILED**

MAY 23 2019

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
                    DEPUTY CLERK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| STEPHEN AGNEW, on behalf of himself and others similarly situated, | NO. 5:17-cv-104-OLG |
| *Plaintiffs*, | COLLECTIVE ACTION |
| v. | |
| FTS INTERNATIONAL SERVICES, LLC, | |
| *Defendant*. | |

## ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

On this day, the Court considered the parties' *Joint Stipulation of Dismissal with Prejudice* in the above-referenced matter. The Court is of the opinion that the requested relief should be GRANTED.

It is therefore ORDERED, ADJUDGED, and DECREED that all claims in the above-styled and numbered action shall be dismissed with prejudice. It is further ordered that each party is to bear their own attorneys' fees and costs. This Order is final and disposes of all claims as to all parties.

SIGNED this 23 day of May, 2019.

_____
JUDGE PRESIDING